PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nery Antonia Gonzalez-Ortiz        Cr.: 97-463-01

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr.

Date of Original Sentence: 03/02/98

Original Offense: Conspiracy to Import Heroin

Original Sentence: Imprisonment 71 months, Supervised Release 5 years. Special Condition: Cooperate with Bureau of Immigration and Customs Enforcement (BICE).

Type of Supervision: Supervised Release        Date Supervision Commenced: 07/26/02

Assistant U.S. Attorney: Mariellen Dugan        Defense Attorney: Jorge Guttlein, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

       On November 3, 2005, the defendant was arrested at John F. Kennedy International Airport and charged with illegal entry. She is presently in custody and pending prosecution in the United States District Court for the Eastern District of New York.

2        The offender has violated the supervision condition which states '**The defendant shall cooperate with Immigration and Customs Enforcement to resolve any problems with her status in the United States. The defendant shall provide truthful information and abide by the rules and regulations of Immigration and Customs Enforcement. If deported, the defendant shall not re-enter the United States without the written permission of the Attorney General. If the defendant re-enters the United States, she shall report in person to the nearest U.S. Probation Office within 48 hours.**'

       On November 3, 2005, the defendant unlawfully attempted to re-enter the United States using an alias, Ana Cristina Reyes.

PROB 12C - Page 2
Nery Antonia Gonzalez-Ortiz

I declare under penalty of perjury that the foregoing is true and correct.

By: Cayetano R. Castellano
U.S. Probation Officer
Date: 04/11/06

THE COURT ORDERS:

[✓] The Issuance of a Warrant to act as a detainer.
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

4-24-06
Date